UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIELLE VICTOR,<br><br>    Plaintiff,<br><br>    v.<br><br>SOUTHWEST WINE & SPIRITS, LLC, et al.,<br><br>    Defendants. | Case No. 2:23-cv-00690-MEMF-PD<br><br>**JUDGMENT** |

Pursuant to the Order Dismissing Action for Failure to Comply with Court Orders,

JUDGMENT IS HEREBY entered dismissing the action without prejudice.

Dated:   December 5, 2025

_____
MAAME EWUSI-MENSAH FRIMPONG
UNITED STATES DISTRICT JUDGE