FILED
CLERK, U.S. DISTRICT COURT
12/11/2025
CENTRAL DISTRICT OF CALIFORNIA
BY GSA DEPUTY
DOCUMENT SUBMITTED THROUGH THE ELECTRONIC DOCUMENT SUBMISSION SYSTEM

Danielle Victor
Plaintiff, Pro Se
4 Loring Road
Methuen, MA 01844
978-857-4885
daniellekvictor@gmail.com

**THE UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

---

**DANIELLE VICTOR,**
Plaintiff,
v.
**SOUTHWEST WINE & SPIRITS, LLC, et al.,**
Defendants.

**Case No.: 2:23-cv-00690-MEMF-PD**

---

**NOTICE OF APPEAL FROM ALL ORDERS AND JUDGMENTS ISSUED ON DECEMBER 5, 2025, AND ALL PRIOR INTERLOCUTORY ORDERS ENTERED WITHOUT JURISDICTION**

---

Plaintiff Danielle Victor hereby gives Notice of Appeal to the United States Court of Appeals for the Ninth Circuit from every order and judgment issued by Judge Maame Ewusi-Mensah Frimpong on December 5, 2025, including but not limited to:

1. The Judgment dismissing the action (Dkt. 118);

2. Order Dismissing Action For Failure To Comply With Court Orders (Dkt. 117);

3. The Order denying Plaintiff's Rule 60(b) Motion (Dkt. 116);

4. The Order denying Plaintiff's Emergency TRO (Dkt. 115);

5. Any and all findings in the OSC ruling issued the same day;

6. All prior and underlying interlocutory orders issued by Magistrate Judge Patricia Donahue without Article III consent, including but not limited to Dkts. 74, 103, 104, 102, 100, and any related rulings.

This Notice also appeals:

7. Judge Frimpong's erroneous statement of appeal dates (incorrectly listing *"11/13/25 and 11/23/25"*) which is contradicted by the record, because Plaintiff's Notices of Appeal were filed on November 24 and December 1, and were ignored by the District Court prior to entry of judgment.

8. The District Court's refusal to acknowledge the December 1 Notice of Appeal, which independently divested it of jurisdiction prior to the December 5 rulings.

9. The District Court's unlawful entry of orders after jurisdiction had already shifted to the Court of Appeals.

Because the District Court proceeded ultra vires, without jurisdiction, and in direct contradiction of Federal Rule of Appellate Procedure 3(a) and Ninth Circuit precedent, Plaintiff appeals all orders affected by this structural violation.

This Notice is intended to preserve every appellate issue, including structural due process violations, docket suppression, misclassification of filings, refusal to docket filings, and prejudicial manipulation of the record.

Plaintiff respectfully requests the Ninth Circuit assign a new appellate case number.

**Dated:** December 11, 2025

Respectfully Submitted,

DRV
___________________________

Danielle Victor
Plaintiff, Pro Se
4 Loring Road Methuen, MA 01844
978-857-4885
THE LIGHT OF GOD NEVER FAILS!