UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

DEC 18 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

DANIELLE VICTOR,

Plaintiff - Appellant,

v.

SOUTHWEST WINE AND SPIRITS, LLC, a Delaware limited liability company; et al.,

Defendants - Appellees.

No. 25-7578

D.C. No.
2:23-cv-00690-MEMF-PD
Central District of California,
Los Angeles

ORDER

Before: CLIFTON, HURWITZ, and BRESS, Circuit Judges.

This court lacks jurisdiction over this appeal because the orders challenged in the November 24, 2025 notice of appeal are not final or immediately appealable. *See* 28 U.S.C. § 1291; *Flam v. Flam*, 788 F.3d 1043, 1046 (9th Cir. 2015) (magistrate judge may hear and determine non-dispositive matters under 28 U.S.C. § 636(b)(1)(A)); *see also United States v. Washington*, 573 F.2d 1121, 1122 (9th Cir. 1978) (order denying motion to disqualify judge is not final or appealable). This appeal is therefore dismissed. *See* 9th Cir. R. 3-6(b) (if court determines it lacks jurisdiction, court may dismiss appeal without notice or further proceedings).

All pending motions are denied as moot.

To date, appellant has not filed a notice of appeal from the final judgment

entered in the district court on December 5, 2025.

**DISMISSED.**