UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

FEB 27 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| In re: DANIELLE VICTOR.<br><br>DANIELLE VICTOR,<br><br>Petitioner,<br><br>v.<br><br>UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES,<br><br>Respondent,<br><br>SOUTHWEST WINE AND SPIRITS, LLC; et al.,<br><br>Real Parties in Interest. | No. 25-7729<br><br>D.C. No.<br>2:23-cv-00690-MEMF-PD<br>Central District of California,<br>Los Angeles<br><br>ORDER |

Before: M. SMITH, NGUYEN, and KOH, Circuit Judges.

Petitioner has not demonstrated a clear and indisputable right to the extraordinary remedy of mandamus. *See In re Mersho*, 6 F.4th 891, 897 (9th Cir. 2021) ("To determine whether a writ of mandamus should be granted, we weigh the five factors outlined in *Bauman v. United States District Court*."); *Bauman v. U.S. Dist. Court*, 557 F.2d 650 (9th Cir. 1977). The petition is denied.

All pending motions are denied as moot.

No further filings will be entertained in this closed case.

**DENIED.**